MICHAEL D. BRUNO (SBN: 166805)
ALEXANDRA M. ROMERO (SBN: 335570)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mbruno@grsm.com
aromero@grsm.com

Attorneys for Defendant
PET FOOD EXPRESS, LLC

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINE MORALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL PRIES; KOULA PRIES; PET FOOD EXPRESS, LLC;<br><br>Defendants. | CASE NO. 3:26-cv-09216-LJC<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AS TO DEFENDANT PET FOOD EXPRESS, LLC; ORDER** |

Plaintiff REGINE MORALEZ ("Plaintiff") and Defendant PET FOOD EXPRESS, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 5, 2026, the Clerk of Court entered default against Defendant PET FOOD EXPRESS, LLC (Docket #12);

WHEREAS, Defendant has now retained counsel and wishes to appear and defend this action on the merits;

WHEREAS, the Parties agree that this action should be resolved on its merits rather than by default;

WHEREAS, the Parties agree that no party will be prejudiced by setting aside the entry of default;

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111

WHEREAS, good cause exists to set aside the entry of default because Defendant has acted promptly upon retaining counsel and desires to defend this action on the merits.

**IT IS HEREBY STIPULATED** by and between the Parties, pursuant to Federal Rule of Civil Procedure 55(c), that:

1. The Clerk's Entry of Default against Defendant PET FOOD EXPRESS, LLC shall be set aside and vacated.
2. Defendant PET FOOD EXPRESS, LLC shall have fourteen (14) days from the Court's entry of the Order approving this Stipulation to file and serve its responsive pleading or other response to the Complaint.

**IT IS SO STIPULATED.**

Dated: October 19, 2026

MOORE LAW FIRM, P.C.

By: */s/ Tayna E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
REGINE MORALEZ

Dated: October 21, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Alexandra M. Romero*
Michael D. Bruno
Alexandra M. Romero
Attorneys for Defendant
PET FOOD EXPRESS, LLC

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Clerk's Entry of Default against Defendant PET FOOD EXPRESS, LLC is VACATED.
2. Defendant PET FOOD EXPRESS, LLC shall file and serve its responsive pleading or other response to the Complaint within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

Dated: October 22, 2026

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE